UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| YORK COUNTY, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 09-577-P-S |
| | ) | |
| GREAT AMERICAN INSURANCE | ) | |
| COMPANY OF NEW YORK, | ) | |
| | ) | |
|     Defendant | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 30, 2010, his Recommended Decision (Docket No. 17). Plaintiff filed its Objection to the Recommended Decision (Docket No. 18) on June 14, 2010. Defendant filed its Response Plaintiff's Objection to the Recommended Decision (Docket No. 19) on June 29, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.     It is hereby **ORDERED** that Defendant's Motion for Judgment on the Pleadings

(Docket No. 14) is **GRANTED**.

                                                /s/ George Z. Singal
                                                United States District Judge

Dated: July 1, 2010